IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40634
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NOE MENDOZA-BARCENAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-98-CR-95-1
- - - - - - - - - -

April 16, 1999

Before WISDOM, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Noe Mendoza-Barcenas appeals from his conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326. He argues that the record is insufficient to establish that he knowingly and voluntarily waived his constitutional rights when he pleaded guilty. Mendoza-Barcenas has not identified any error on the part of the district court with regard to his guilty plea. Accordingly, the judgment of the district court is AFFIRMED.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.